186 F.2d 308
 Cornellius P. MOORE, d.b.a. Con Moore's Distillery,
v.
A. v. ANDERSON, District Supervisor, 13th Supervisory
District, Alcohol Tax Unit, Bureau of Internal Revenue.
 No. 4184.
 United States Court of Appeals Tenth Circuit.
 Dec. 7, 1950.
 
 William E. Doyle and Joseph M. McDonald, Denver, Colo., for petitioner.
 No appearance for respondent.
 Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Petition for review dismissed December 7, 1950, on motion of petitioner.